**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1370**

---

ERIC GOUDY, II,

        Plaintiff - Appellant,

    v.

NAVY FEDERAL CREDIT UNION,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:23-cv-00339-LMB-LRV)

---

Submitted:  February 27, 2024                    Decided:  February 29, 2024

---

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

---

Affirmed as modified by unpublished per curiam opinion.

---

Eric Goudy, II, Appellant Pro Se.   David M. Gettings, TROUTMAN PEPPER HAMILTON SANDERS LLP, Virginia Beach, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Goudy, II, appeals the district court's order dismissing his civil complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, affirm the district court's order. *Goudy v. Navy Fed. Credit Union*, No. 1:23-cv-00339-LMB-LRV (E.D. Va. Mar. 21, 2023). However, we modify the district court's order to reflect that the dismissal is without prejudice. *See Thomas v. Salvation Army S. Territory*, 841 F.3d 632, 642 (4th Cir. 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*
